**Deny and Opinion Filed March 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00213-CV

### IN RE PHUNG VAN TRAN, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51820-2014**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Whitehill
Opinion by Justice Whitehill

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its August 11, 2014 temporary orders. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has failed to establish a right to relief. We **DENY** the petition.

150213F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE